**Donald C. Allensworth, Plaintiff, v. 1ST. Galesburg National Bank and Trust Company, et al., Defendants.**

**Victor Casket Hardware Company, and Galesburg Glass Company, Counterclaimants, v. Donald C. Allensworth, Counterclaimant.**

Gen. No. 11,278. ■■■

Second District, First Division.

June 9, 1959.

Rehearing denied October 7, 1959.

Released for publication October 7, 1959.

■■■

Donald C. Allensworth, pro se, appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE SPIVEY. **Not to be published in full.**